**GRANTED**

Judge Edward J. Davila

2/18/2014

1  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, CA  94025-4008
   Telephone:  650-838-2000
4  Facsimile:  650-838-2001

5  CASONDRA K. RUGA (Ca. Bar No. 237597)
   casondra.ruga@alston.com
6  ALSTON & BIRD LLP
   333 South Hope Street
7  Sixteenth Floor
   Los Angeles, CA  90071
8  Telephone:  213 576-1000
   Facsimile:  213 576-1100
9

10 BYRON HOLZ (*pro hac vice*)
   byron.holz@alston.com
11 ALSTON & BIRD LLP
   1201 West Peachtree Street
12 Atlanta, GA 30309
   Telephone:  404-881-7000
13 Facsimile:  404-881-7777

14 *Attorneys for Applicant
   Nokia Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of Nokia Corporation,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Google Inc. for use in Foreign Proceeding. | Case No.: 5:13-mc-80167-EJD-HRL<br><br>**NOTICE OF WITHDRAWAL OF SUBPOENA AND DISMISSAL** |

Nokia's above captioned application was previously granted and a subpoena to Google was issued.  Nokia and HTC have agreed to dismiss the foreign litigation to which this application relates.  Accordingly, Nokia hereby withdraws the subpoena issued to Google in this matter.  Nokia also voluntarily dismisses the application without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Case No.: 5:13-mc-80167-EJD-HRL

1
2   DATED: February 10, 2014            Respectfully submitted,
3                                       ALSTON & BIRD, LLP
4
5                                        /s/ RYAN W. KOPPELMAN
6                                       RYAN W. KOPPELMAN
                                        CASONDRA K. RUGA
7                                       BYRON HOLZ
8                                       Attorneys for Applicant Nokia Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1